# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET D. SNYDER, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-CV-1980 |
| vs. | : | (MANNION, D.J.) |
| | | (SAPORITO, M.J.) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's objections to the report and recommendation, (Doc. 17), are **OVERRULED**;
2. The report and recommendation, (Doc. 16), is **ADOPTED**;
3. The plaintiff's appeal, (Doc. 1), of the defendant Commissioner's decision, is **DENIED**; and
4. The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: **September 18, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1980-01-Order.wpd